**The Ottinger Firm, PC**     **MEMO ENDORSED**



Christopher Q. Davis
chris@ottingerlaw.com

December 8, 2011

**VIA FIRST-CLASS MAIL**

The Honorable William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 12/13/11

    Re:    *Martinez, et al. v. Forest Laboratories, Inc. et al.; No. 10 Civ. 6032 (WHP)*

Dear Judge Pauley:

This firm represents Plaintiffs and the Class in regard to the above-referenced action and writes to request the removal of one Plaintiff from the docket. Plaintiff Cara M. Verruto hastily returned her Consent to Join Class form without fully understanding the implications of joining the lawsuit and has since requested to be removed from the suit. Her Consent to Join Class form was filed on November 21, 2011 (Docket # 248). Thank you for Your Honor's attention to this matter.

Sincerely,

Christopher Q. Davis

cc:    Gary D. Friedman (Counsel for Defendants – via email)

Application granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.   12/13/11